IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CASE NO. 4:26-CR-00136 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| JUNAID KALAIR | § | |

**SECOND AMENDED PRE-TRIAL ORDER**

The First Amended Pre-Trial Order [Dkt. 17] is hereby amended. The deadlines for this case are as follows:

This case is reset for Final Pre-Trial Conference on **December 7, 2026 at 9:00 a.m.**, and Jury Selection and Trial on **December 7, 2026 at 1:00 p.m.; both in the United States Courthouse Annex, 200 North Travis Street, Mezzanine Level, Courtroom A01, Sherman, Texas**.[1]

| | |
|---|---|
| November 2, 2026 | Any motion to suppress evidence shall be filed with the Court. |
| November 16, 2026 | Any motion for continuance shall be filed with the Court. |
| November 16, 2026 | Pursuant to the holding in *United States of America v. Ellis*, 547 F.2d 863 (5th Cir. 1977) the parties shall notify the Court of any plea agreement. Notification shall be by email to kimberly_race@txed.uscourts.gov, hand delivery or fax of a signed copy of the plea agreement. No plea agreement entered into after the deadline shall be honored by the Court without good cause shown. |
| November 23, 2026 | Counsel for the Government shall deliver to counsel for Defendant proposed jury instructions. |
| November 30, 2026 | If the parties do not notify the Court of a plea agreement as provided above, defense counsel shall deliver to counsel for the Government any additional jury instructions desired by Defendant. If two or more Defendants are represented by separate counsel, their submission should be made jointly. |
| November 30, 2026 | Counsel for Defendant and counsel for the Government shall confer to determine which jury instructions can be agreed to. |

[1] Counsel should be prepared to try this case on this date. Cases will be tried in order with other cases on the docket.

| | |
|---|---|
| <u>December 1, 2026</u> | Parties shall file any motions in limine and any other pretrial motions. Motions in Limine should include a certificate of conference indicating whether each motion is opposed or unopposed. |
| <u>December 1, 2026</u> | Counsel for the Government and counsel for the Defendant shall: |

A. Jointly file agreed upon instructions;

B. Each file any proposed instructions that were not agreed upon, citing the authority for each instruction;

C. Each file any objections to the other's proposed jury instructions. Objections must be written, specific, cite authority, and include any alternate instructions counsel deem more appropriate;

D. If counsel believes that a written response to a particular motion in limine is needed, file it as soon as possible[2]; and

E. Each provides the Court with a list of witnesses, a list of exhibits anticipated to be introduced during trial, and a copy of each marked exhibit. All exhibits to be used for trial shall be pre-marked numerically and in succession. (Groups of exhibits pertaining to the same subject, such as photos of the same scene may, at counsel's discretion, be numbered and lettered, i.e., 2a, 2b, 2c, etc.)

**SIGNED this 10th day of September, 2026.**

Michael J. Truncale
United States District Judge

[2] Submitted jury instructions should include case specific preliminary jury instructions.