IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NUMBER 4:26-CR-136 |
| | § | |
| JUNAID KALAIR | § | |

**NOTICE OF APPEARANCE**

COMES NOW, JAMES P. WHALEN, and makes this his appearance on behalf of Defendant, JUNAID KALAIR.

Attorney James P. Whalen was retained by the Defendant and will act as co-counsel in the above-captioned matter.

Respectfully submitted,

WHALEN LAW OFFICE

/s/ James P. Whalen

JAMES P. WHALEN
TEXAS BAR CARD NO.00794837
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
jwhalen@whalenlawoffice.com

COUNSEL FOR DEFENDANT
JUNAID KALAIR

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Appearance was filed with the Court and Assistant United States Attorney, Calli Bailey, via ECF on the 14th day of October 2026.

/s/ James P. Whalen
JAMES P. WHALEN